**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JUN 3 0 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 01526 *BnB*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

DELROY EDWARDS, Reg. No. 25109-053,

      Plaintiff,

v.

R. WILEY, Warden,
M. CRUZ, Associate Warden,
M. COLLINS, Unit Manager,
T. SUDLOW, Case Manager,
G. KNOX, Unit Counselor,
W. HAYGOOD, Unit Counselor,
WALTERS, Lieutenant, and
L. RODGERS, C.O.,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff has submitted a cover letter to the clerk of the court and a Prisoner

Complaint. He has failed either to pay the $350.00 filing fee or to file a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers that

the Plaintiff files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit**:
| | | |
|---|---|---|
| (1) | X | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | X | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | __ | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |
| (8) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X | other:  Motion is necessary only if filing fee is not paid in advance. |

**Complaint, Petition or Application**:
| | | |
|---|---|---|
| (11) | __ | is not submitted |
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form:  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _26th_ day of _June_____, 2009.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 01526

Delroy Edwards
Reg. No. 25109-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on _6/30/09_

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk